IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHAN LOPEZ and
JOY WOOLEY,
individually and on behalf
of all others similarly situated,

            Plaintiffs,

v.

GREAT DIVIDE AMBULANCE SERVICE, et al.,

           Defendants.

ORDER

18-cv-492-wmc

The court is in receipt of the parties' stipulation of conditional certification of a collective action and court-authorized notice. (Dkt. #17.) That stipulation is ACCEPTED, however the proposed notice should be modified in the following way:

- The second sentence in the "Statute of Limitations" section should replace the word "file" with "mail" so that it reads: "If you choose to join this action, you may be able to recover damages if you were improperly denied overtime pay within two or three years of the date you mail your Consent Form."

As contemplated by the parties' joint stipulation, plaintiffs' counsel shall mail copies of the modified notice (dkt. #17-1) within 10 days of receipt of the mailing addresses from defendants. In addition, defendants are directed to post the notice in a conspicuous place available to employees.

Entered this 12th day of September, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge